# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albert, Theodor J. | U.S. Bankruptcy Court | 06/16/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination, Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

411 W. Fourth Street,
Santa Ana, CA 92701-4593
Ste. 5085

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodore C. | 08/11/2014 |

## III. NON-INVESTMENT INCOME

### A. Filer's Non-Investment Income

[ ] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Chapman University, Fowler School of Law | $11,700.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | partner draws from law firm Gaskell & Brown, LLC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. California Bk. Forum | May 22, 2013 | San Diego | state conference | for food and board |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card balance | J |
| 2. | American Express | credit card balance | J |
| 3. | Wells Fargo | credit card balance | J |
| 4. | Bank of Amrica | overdraft line of credit | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Georgia Dover Ed. Trust #1 | A | Dividend | | | Distributed | 9/01/13 | J | | . |
| 2. -Washington Mutual Investor's Fund | | | | | | | | | |
| 3. Georgia dover Ed. Trust#2 | A | Dividend | K | T | Distributed (part) | 9/01/13 | J | | |
| 4. -Washington Mutual Investors Fund | | | | | | | | | |
| 5. Bank of America checking | A | Interest | J | T | | | | | |
| 6. Griffin & Griffin 401k | C | Int./Div. | L | T | | | | | |
| 7. -The Growth Fund of America | | | | | | | | | |
| 8. -The New Economy Fund | | | | | | | | | |
| 9. -Small Cap World Fund | | | | | | | | | |
| 10. -Washington Mutual Investors Fund | | | | | | | | | |
| 11. -The Income Fund of America | | | | | | | | | |
| 12. -The Bond Fund of America | | | | | | | | | |
| 13. -American High Income Trust | | | | | | | | | |
| 14. -U.S.Government Securities Fund | | | | | | | | | |
| 15. -Intermediate Bond Fund of America | | | | | | | | | |
| 16. -American Funds Money Market Fund | | | | | | | | | |
| 17. Wells Fargo Checking | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IRA Wells Fargo Advisors | A | Int./Div. | L | T | | | | | |
| 19.  -Wells Fargo Cash Account | | | | | | | | | |
| 20.  -Apple, Inc. | | | | | | | | | |
| 21.  -Currencyshares Australian Dollar Trust | | | | | | | | | |
| 22.  -Hecla Mining Co. | | | | | | | | | |
| 23.  -Microsoft Corp. | | | | | Sold | 06/05/13 | J | | |
| 24.  -Xerox Corp. | | | | | Sold | 12/04/13 | J | | |
| 25.  Wells Fargo Advisors #1(G) header | | | | | | | | | |
| 26.  -Wells Fargo Cash Account | A | Interest | L | T | | | | | |
| 27.  -Alpha Pro Tech LTD | A | Dividend | J | T | | | | | |
| 28.  -BP PLC Spons ADR | A | Dividend | J | T | Buy (add'l) | 01/30/13 | J | | |
| 29.  -Darden Restaurants | A | Dividend | K | T | Sold (part) | 04/05/13 | J | A | |
| 30.  -Frontier Communications | A | Dividend | J | T | | | | | |
| 31.  -General Electric Corp. | A | Dividend | J | T | | | | | |
| 32.  -New York Community Bancorp. | A | Dividend | J | T | | | | | |
| 33.  -Morgan Stnaley Fix/Float CPI Note | A | Dividend | J | T | | | | | |
| 34.  -U.S.Treasury Bond | A | Interest | L | T | Redeemed (part) | 02/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Aberdeen Asia Pacific Fund | A | Dividend | J | T | | | | | |
| 36.   -Morgan Stanley Emerging Market Fund | A | Dividend | J | T | | | | | |
| 37.   -Eaton Vance Tax Managed Global Buy-write Opp. Fund | A | Dividend | J | T | | | | | |
| 38.   -Gabelli Dividend & Income Trust | A | Dividend | J | T | | | | | |
| 39.   -Blackrock Enhanced Govt. Fund | A | Dividend | J | T | | | | | |
| 40.   -Green Mountain Coffee | A | Dividend | J | T | Buy (add'l) | 05/08/13 | K | | |
| 41.   Wells Fargo Advisors #2 (G) header | | | | | | | | | |
| 42.   -Cash Sweep Account | A | Interest | L | T | Distributed (part) | 02/01/13 | K | | |
| 43.   -Cash Sweep Account | A | Interest | L | T | Distributed (part) | 03/06/13 | K | | |
| 44.   -Cash Sweep Account | A | Interest | L | T | Distributed (part) | 04/15/13 | K | | |
| 45.   -Cash Sweep Account | A | Interest | L | T | Distributed (part) | 08/27/13 | K | | |
| 46.   -John Hancock Life Ins. Floating Rate signature notes | A | Dividend | J | T | Sold (part) | 04/12/13 | K | | |
| 47.   -John Hancock Life Ins. Floating Rate signature notes | A | Dividend | J | T | Sold (part) | 12/10/13 | K | | |
| 48.   -Protective Life Secd. Tr. floating rate notes | A | Dividend | J | T | Sold (part) | 08/22/13 | J | | |
| 49.   -La Salle Bank Floating Rate | A | Dividend | | | Sold | 08/22/13 | J | | |
| 50.   -KKR Financial Holdings | A | Dividend | | | Buy | 12/10/13 | L | | |
| 51.   -KKR Financial Holdings | A | Dividend | | | Sold | 12/17/13 | L | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Two Harbors Invt. Corp. | A | Dividend | J | T | Buy | 12/19/13 | J | | |
| 53.   -Eaton Vance Tax Mg. Global | A | Dividend | J | T | Buy (add'l) | 05/08/13 | J | | |
| 54.   -Aberdeen Asia Pac. Fund | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | |
| 55.   -Blackrock Global Opp. Eq. Trust | A | Dividend | J | T | Buy | 10/22/13 | J | | |
| 56.   -SPDR DB Intl. Gov. Inflat. Protection | A | Dividend | J | T | Buy | 10/22/13 | J | | |
| 57.   -AT&T | A | Dividend | J | T | Buy | 07/07/13 | J | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments cont.     Items 1 and 2 Georgia Dover Educational trusts are invested in Washington Mutual Investor's Fund administered by Learning Quest.  The first one is depleted, or nearly so.

Item #6  Griffin&Griffin 401k maintained by ▇▇▇▇▇ former employer invested in American Funds: The Growth Fund of America-R3, The New Economy Fund R-3, Smallcap World Fund r-3, Washington Mutual Investors Fund    R-3, The Income Fund of America R3, The Bond Fund of America R3, American High Income Trust R-3, U.S.Governemnt Seucirites Fund R3, Intermediate Bond Fund of America R3 and American Funds Money Market Fund R3.

Item #17: This checking account is used ▇▇▇▇▇ to operate ▇ firm Gaskell & Brown.  Balance fluctuates daily.

Item #18 Wells Fargo Advisors:  this IRA account was the destination of the rollover of  County of Ventura 401k during 2011 (see amended 2011 report).  This account includes Apple, Inc., Currencyshares Australian    dollar Trust, Hecla Mining Co., Microsoft Corp, Xerox Corp.

Item # 41 Wells Fargo Advisors #2: this account was used to receive proceeds of sale of ▇▇▇ residence on or about 9/5/12 and then some holdings liquidated and used for downpayment of new duplex home in San Francisco on or    about 12/1/12 as well as reduction of credit card debt reported in part VI 2012 report which accounts for their then reduced balances.

Item # 42-45 are from a sweep cash account held at Wells Fargo Advisors.  These distributions were used in purchase of a home in Orange County as well as remodel of the SF property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodor C. Albert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544